1
2
3
4
5
6
7
8
9
10
11
12
13

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DAVID SPRINGFIELD, | Case No. 3:11-cv-00396-LRH-VPC |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, David Springfield, *pro se*, and Defendant Michael Koehn, by and through counsel, Catherine Cortez Masto, Nevada Attorney General, and Beth Hickman, Deputy Attorney General, that the civil

///
///
///

rights complaint in the above captioned matter is dismissed without prejudice. Each party shall bear their own attorneys fees and costs.

DATED this 23 day of August, 2011.

*signature: David Springfield #1922*

DAVID SPRINGFIELD
Plaintiff, *Pro Se*

Dated this 31 day of August, 2011.

CATHERINE CORTEZ MASTO
Nevada Attorney General

By: *signature: Beth Hickman*
BETH HICKMAN
Deputy Attorney General
*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

DATED this 13th day of September, 2011.

*signature*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE