**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID SPRINGFIELD,

Plaintiff,

vs.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

**Case No. 3:11-cv-00396-LRH-VPC**

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, David Springfield, *pro se*, and Defendant Michael Koehn, by and through counsel, Catherine Cortez Masto, Nevada Attorney General, and Beth Hickman, Deputy Attorney General, that the civil

///

///

///

rights complaint in the above captioned matter is dismissed without prejudice. Each party shall bear their own attorneys fees and costs.

DATED this 23 day of August, 2011.

DAVID SPRINGFIELD
Plaintiff, *Pro Se*

Dated this 31 day of August, 2011.

CATHERINE CORTEZ MASTO
Nevada Attorney General

By: BETH HICKMAN
Deputy Attorney General
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 13th day of September, 2011.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE